NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


JAY STROUP, DOC #H39668,   )
   )
   Appellant,   )
   )
v.   )   Case No. 2D18-3171
   )
STATE OF FLORIDA,   )
   )
   Appellee.   )
_____ )

Opinion filed June 19, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Polk
County; J. Kevin Abdoney, Judge.

Jay Stroup, pro se.


PER CURIAM.


   Affirmed.


KELLY, SLEET, and ROTHSTEIN-YOUAKIM, JJ., Concur.